**Machinery, Scrap Iron, Etc., Local Union No. 714, I. B. of T., a Voluntary Unincorporated Association, Plaintiff-Appellant, v. Chicago Roll Forming Corporation, an Illinois Corporation, Defendant-Appellee.**

**Gen No. 53,416. (Abstract of Decision.)**

First District, Third Division.

May 1, 1969.

Goldberg & Levin, of Chicago (Mayer Goldberg and Marvin Sacks, of counsel), for appellant; Phillip S. Makin, of Chicago, for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.